COURT OF CRIMINAL APPEALS OF TEXAS                    10-Sept. 2015
ATTN: MR. ABEL ACOSTA, Clerk
P.O. Box 12308, Capital Station
Austin, Tx 78711

RE: Ex Parte JAMES EARL PILAND
     PD-0076-15    Trial Ct. #13-214

Dear Mr. Acosta,
     Could you please give me the status of my Petition for
Discretionary Review?
     Thank you for your valuable time and assistance in this
matter. It is greatly appreciated.


Sincerely yours,

James Piland

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 14 2015
Abel Acosta, Clerk

JAMES EARL PILAND, #1919190
Mac Stringfellow Unit
1200 FM 655
Rosharon, Tx 77583